UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOSIN BALOGUN and ALEXANDRA MASON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,<br><br>Defendant. | Case No. 1:24-cv-07326-VSB<br><br>Hon. Vernon S. Broderick |

**DEFENDANT CONDÉ NAST'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Condé Nast's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint dated September 27, 2024, the Declaration of Jeffrey Landis, and all prior pleadings, papers, and proceedings in this matter, Defendant Advance Magazine Publishers Inc. d/b/a Condé Nast ("Defendant" or "Condé Nast"), by and through its undersigned counsel, moves this Court before the Honorable Vernon S. Broderick, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, NY 10007, on a date and at a time designated by the Court, for an Order dismissing Plaintiffs' Class Action Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: December 9, 2024

Respectfully submitted,

By: */s/ Jeffrey Landis*

Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298

Sheri Pan
sheri@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335

*Counsel for Defendant*
*Advance Magazine Publishers, Inc*