**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOSIN BALOGUN and ALEXANDRA MASON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,<br><br>Defendant. | Case No. 1:24-cv-07326-VSB<br><br>Hon. Vernon S. Broderick |

**DECLARATION OF JEFFREY LANDIS IN SUPPORT OF DEFENDANT CONDÉ NAST'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

I, Jeffrey Landis, declare as follows:

1. I am an attorney in the law firm of ZwillGen PLLC, a member of the Bar of the State of New York, and admitted to practice before this Court in the above-captioned matter. I am one of counsel for Defendant in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and accurate reproduction of the Internet Archive Wayback Machine's capture of Condé Nast's User Agreement, with a last updated date of April 16, 2024, as it appeared at the following URL: https://web.archive.org/web/20240423152912/https://www.condenast.com/user-agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: December 9, 2024

By: /s/ Jeffrey Landis

Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298