**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOSIN BALOGUN and ALEXANDRA MASON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,

Defendant.

Case No. 1:24-cv-07326-VSB

Hon. Vernon S. Broderick

**DEFENDANT CONDÉ NAST'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OR DISMISS FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of its Motion to Compel Arbitration or Dismiss Plaintiffs' First Amended Complaint dated January 7, 2025, the Declaration of Matthew Hoffmeyer, and all prior pleadings, papers, and proceedings in this matter, Defendant Advance Magazine Publishers Inc. d/b/a Condé Nast ("Defendant," "Condé Nast"), by and through its undersigned counsel, moves this Court before the Honorable Vernon S. Broderick, United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, NY 10007, on a date and at a time designated by the Court, for an order compelling arbitration of Plaintiffs' claims at NAM or, in the alternative, dismissing Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: February 4, 2025

Respectfully submitted,

By: */s/ Jeffrey Landis*

Jeffrey Landis
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
jeff@zwillgen.com

Sheri Pan
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
sheri@zwillgen.com

*Counsel for Defendant*
*Advance Magazine Publishers, Inc*