

| | | |
|---|---|---|
| Raphael Janove<br>Shareholder | www.janove.law<br>T 646-347-3940 | 1617 John F. Kennedy Blvd., 20th Fl.<br>Philadelphia, PA 19103 |
| raphael@janove.law | 500 7th Ave., 8th Fl.<br>New York, NY 10018 | 979 Osos St., Ste. A5<br>San Luis Obispo, CA 93401 |

February 10, 2025

> The parties' request for the below-stipulated briefing schedule is granted. As the parties point out, Plaintiffs' First Amended Complaint mooted Defendant's motion to dismiss pending at Doc. 12. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 12.
>
> APPLICATION GRANTED
> SO ORDERED *[signature]*
> VERNON S. BRODERICK
> U.S.D.J.  2/11/25

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:  *Balogun v. Advance Magazine Publishers Inc.*, Case No. 1:24-07326-VSB

Dear Judge Broderick:

I represent Plaintiffs in the above-captioned case and write on behalf of the Parties to jointly request an extension of time on the current briefing schedule on Defendant's Motion to Compel Arbitration or to Dismiss.

Defendant previously filed a motion to dismiss on December 9, 2024. ECF No. 12. Plaintiffs then filed an amended complaint on January 7, 2025. ECF No. 12. In response to the amended complaint, Defendant then moved to compel arbitration, or in the alternative, to dismiss on February 4, 2025. ECF No. 20. Plaintiffs' opposition is currently due February 18, and Defendant's reply on February 25.

The Parties have met and conferred and, to provide Plaintiffs time to respond to Defendant's motion to compel arbitration, request that the Court enter a following briefing schedule:

- Plaintiffs' response to Defendant's motion to compel arbitration or dismiss is due by **March 7, 2025**.

- Defendant's reply in support of its motion is due by **March 31, 2025**.

This is the Parties' second joint request for an extension of time (the first being on Defendant's original motion to dismiss, which was mooted by the filing of Plaintiff's amended complaint). Defendant also previously requested two extensions for filing a response to the original complaint with Plaintiffs' consent. The Court granted these previous requests.

The Court has not yet issued a scheduling order, and this requested extension does not affect any other dates.

Sincerely,

*/s/ Raphael Janove*

Raphael Janove