**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOSIN BALOGUN and ALEXANDRA MASON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,<br><br>Defendant. | Case No. 1:24-cv-07326-VSB<br><br>ORAL ARGUMENT REQUESTED |

**SUPPLEMENTAL DECLARATION OF MATTHEW HOFFMEYER IN SUPPORT OF CONDÉ NAST'S MOTION TO COMPEL ARBITRATION AND DISMISS**

I, Matthew Hoffmeyer, provided a declaration in this matter on February 4, 2025. Pursuant to 28 U.S.C. § 1746, I declare that the following facts are true and correct to the best of my information and belief:

1. I am employed at Advance Magazine Publishers, Inc. (d/b/a Condé Nast) as Vice President, Consumer Marketing. In that role, I am familiar with the layouts of Condé Nast's websites, including the Vogue website at www.vogue.com. Also, among my duties is seeing that appropriate processes are in place to monitor and update Condé Nast's marketing database and subscriber rolls to reflect choices made by subscribers and users.

2. As I discussed in my February 4, 2025 declaration, at the request of counsel, I reviewed Condé Nast's business records pertaining to Plaintiffs Tosin Balogun and Alexandra Mason, including records relating to their subscriptions and/or registrations with Condé Nast and their accessing of the Condé Nast websites. To conduct this review, my team used email addresses for both Plaintiffs that I understand their counsel provided to Condé Nast.

3. Conde Nast's business records reflect that Ms. Balogun subscribed to Vogue Club, a membership program offered by Condé Nast that sends periodic email newsletters to subscribers. Condé Nast's business records reflect that, on May 10, 2024, Ms. Balogun opened an email newsletter from Vogue Club and clicked on a link to Vogue's website in the email. Business records also reflect that, on June 1, 2024, she again opened an email newsletter from Vogue Club.

4. Conde Nast's business records reflect that, until June 2024, Ms. Mason was subscribed to *Vogue* and *Bon Appétit*, two print publications by Condé Nast. She was sent the Summer 2024 issue of *Vogue* and the June/July 2024 issue of *Bon Appétit* on or around June 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: March 31, 2025

Matthew Hoffmeyer