**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOSIN BALOGUN and ALEXANDRA MASON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDÉ NAST,<br><br>Defendant. | Case No. 1:24-cv-07326-VSB<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF TYRONE LEWIS IN SUPPORT OF CONDÉ NAST'S <u>MOTION TO COMPEL ARBITRATION AND DISMISS FIRST AMENDED COMPLAINT</u>**

I, Tyrone Lewis, pursuant to 28 U.S.C. § 1746, declare that the following facts are true and correct to the best of my information and belief:

1. I am employed at Advance Magazine Publishers, Inc. (d/b/a Condé Nast) as Director of Office Services. In that role, I assist the Legal team with administrative and other matters.

2. Exhibit A is a true and correct copy of a letter from AAA to Condé Nast confirming that Condé Nast successfully registered its arbitration clause in AAA's Consumer Clause Registry.

3. On or after April 24, 2024, Condé Nast received a pre-dispute letter dated April 17, 2024 from Janove PLLC to Condé Nast. The letter was sent via certified mail, and the U.S. Postal Service tracking number reflects that it was not delivered until April 24, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: March 31, 2025

Tyrone Lewis

Tyrone Lewis